# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOE WASHINGTON

NO. 2021 KW 1044

**JANUARY 27, 2022**

---

In Re:   Joe Washington, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 03-11-0290.

---

**BEFORE:   WHIPPLE, C.J., PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT